CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 31 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALLEN RAY DINGESS, | Civil Action No. 7:12cv00630 |
| Plaintiff, | |
| v. | DISMISSAL ORDER |
| VIRGINIA DEPARTMENT of CORRECTIONS, | |
| | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § §1915(e)(2)(B) and 1915A(b)(1) and (2).

**ENTER**: December 31, 2012.

s/ SAMUEL G. WILSON
UNITED STATES DISTRICT JUDGE