CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 3 1 2012

JULIA C. DOOLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ALLEN RAY DINGESS, | ) | Civil Action No. 7:12cv00630 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| VIRGINIA DEPARTMENT of | ) | |
| CORRECTIONS, | ) | |
| | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and

**ADJUDGED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C.

§ §1915(e)(2)(B) and 1915A(b)(1) and (2).

**ENTER**: December 31, 2012.

s/ SAMUEL G. WILSON
UNITED STATES DISTRICT JUDGE